IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

       Plaintiff,                    No. 2:11-cv-02294 KJN P

    vs.

CAPTAIN KORY HONEA, et al.,

       Defendants.          ORDER

_____/

       Plaintiff, a Butte County Jail detainee, generally requests an extension of time in this action on the ground that plaintiff has failed to receive to his legal mail, and has not been provided with stamped envelopes in order to send legal mail. No extension of time is warranted in this case, at this time. On February 17, 2012, the undersigned directed the United States Marshal to serve plaintiff's complaint on defendants Flicker, Hoea, and O'Hair. There are no deadlines pending until after defendants appear in this action.

////

////

////

////

////

1

1  Accordingly, plaintiff's request (Dkt. No. 28) is denied. The Clerk of Court is
2  directed to send plaintiff one copy of the court docket, and one copy of this court's service order
3  filed February 17, 2012 (Dkt. No. 26). Butte County Jail officials are requested to facilitate
4  plaintiff's future legal communications.

DATED: March 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

quai2294.eot.srv.