IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

      Plaintiff,                      No.  2:11-cv-02294 KJN P

    vs.

CAPTAIN KORY HONEA, et al.,

      Defendants.               ORDER

_____/

        Plaintiff, a Butte County Jail detainee, moves for an order of this court authorizing plaintiff to obtain free copies of documents without payment of the fees routinely incurred by using the court's PACER system, i.e., the court's electronic docketing and document retrieval system. (Dkt. No. 30.)  Plaintiff provides no reason in support of his general request, although his in forma pauperis status indicates that plaintiff may lack sufficient funds to pay for documents downloaded from PACER.

        Plaintiff's request must be denied for the following reasons.  First, absent a showing of good cause, the court routinely denies such requests due to the court's own limited funds.  As plaintiff was instructed on February 22, 2012, the Clerk's Office will provide, upon request, copies of the docket sheet, and of individual documents, at the rate of 50 cents per page. (Dkt. No. 28.)  Second, on March 9, 2012, notwithstanding the court's routine response to such

1  requests, the court directed the Clerk of Court to send plaintiff a copy of the court docket, and a
2  copy of the court's service order filed February 17, 2012.  (See Dkt. No. 29.)  The court also
3  requested Butte County Jail officials to facilitate plaintiff's future legal communications.  (Id.)

4        Plaintiff does not inform the court why, if at all, his situation is unique in
5  comparison to other in pretrial detainees and state prisoners proceeding in forma pauperis; nor
6  does plaintiff demonstrate good cause (rather, plaintiff presents no rationale) why this court
7  should deviate from its routine practice in responding to such requests.

8        Accordingly,  plaintiff's "Motion for Permission to be Excused from Paying
9  PACER Fees" (Dkt. No. 30), is denied without prejudice.

10  DATED:  March 27, 2012

12  _____
13  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

14  quai2294.costs.den.