IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

      Plaintiff,                          No. 2:11-cv-02294 KJN P

      vs.

CAPTAIN KORY HONEA, et al.,

      Defendants.                    <u>ORDER</u>

_____/

        Plaintiff is a former Butte County Jail detainee, proceeding pro se and in forma pauperis, in this civil rights action filed pursuant 42 U.S.C. § 1983. This action proceeds against three defendants, Flicker, Honea, and O'Hair.

        On December 12, 2012, defendants filed a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56. (Dkt. No. 38.) Plaintiff's opposition or statement of non-opposition was due within twenty-one (21) days. Local Rule 230(*l*). This period expired without plaintiff filing an opposition or statement of non-opposition, or otherwise communicating with this court.

        The Local Rules provide that, "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 230(*l*). In addition, Local Rule 110 provides that

1

failure to comply with the Local Rules or an order of this court, "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Finally, Rule 41(b), Federal Rules of Civil Procedure, provides:

> Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) . . . operates as an adjudication on the merits.

Pursuant to these authorities, and good cause appearing, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days after service of this order, plaintiff shall serve and file an opposition, or statement of non-opposition, to defendant's motion for summary judgment.

2. Failure of plaintiff to file an opposition within this deadline shall be construed as a failure to prosecute, which shall result in the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: March 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

quai2294.nooppo