IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

      Plaintiff,                       No. 2:11-cv-2294 KJN P

     vs.

CAPTAIN KORY HONEA, et al.,

      Defendants.               ORDER

_____/

        Plaintiff proceeds in forma pauperis and without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is defendants' motion for summary judgment, which remains unopposed by plaintiff despite the court's directions to file an opposition or statement of opposition. (See Dkt. Nos. 41, 42.) Plaintiff now informs the court that he is incarcerated in the King County Jail, and requests a copy of the pertinent Local Rules. (Dkt. No. 43.) Accordingly, for good cause show, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to send plaintiff, together with service of this order, one copy each of the following: (1) this court's order filed April 4, 2013 (Dkt. No. 42); and (2) the "Prisoner New Case Documents" sent to plaintiff on September 1, 2011 (Dkt. No. 4).

////

////

1        2. The deadlines set forth in this court's order filed April 4, 2013 (Dkt. No. 42),
2  are hereby amended as follows:
3        a. Within twenty-one (21) days after service of this order, plaintiff shall file and
4  serve either: (i) a statement of non-opposition to defendants' motion for summary judgment; OR
5  (ii) an opposition to defendants' motion for summary judgment, pursuant to the requirements set
6  forth in Local Rule 230(l), and this court's most recent prior order, see <u>Woods v. Carey</u>, 684 F.3d
7  934 (9th Cir. 2012), and <u>Rand v. Rowland</u>, 154 F.3d 952, (9th Cir. 1998) (en banc), and which
8  includes all pertinent exhibits.
9        b. Defendants' reply, if any, shall be filed and served within seven (7) days after
10 service of plaintiff's opposition.
11       SO ORDERED.
12 DATED: April 18, 2013

                                                          _____
                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

quai2294.eot.chg.add.