IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

    Plaintiff,                        No. 2:11-cv-2294 KJN P

    vs.

CAPTAIN KORY HONEA, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff proceeds in forma pauperis and without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is defendants' motion for summary judgment, which remains unopposed by plaintiff despite the court's directions to file an opposition or statement of opposition. (<u>See</u> Dkt. Nos. 41, 42.) Plaintiff now informs the court that he is incarcerated in the King County Jail, and requests a copy of the pertinent Local Rules. (Dkt. No. 43.) Accordingly, for good cause show, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to send plaintiff, together with service of this order, one copy each of the following: (1) this court's order filed April 4, 2013 (Dkt. No. 42); and (2) the "Prisoner New Case Documents" sent to plaintiff on September 1, 2011 (Dkt. No. 4).

////

////

1

1  2. The deadlines set forth in this court's order filed April 4, 2013 (Dkt. No. 42), are hereby amended as follows:

a. Within twenty-one (21) days after service of this order, plaintiff shall file and serve either: (i) a statement of non-opposition to defendants' motion for summary judgment; OR (ii) an opposition to defendants' motion for summary judgment, pursuant to the requirements set forth in Local Rule 230(l), and this court's most recent prior order, see Woods v. Carey, 684 F.3d 934 (9th Cir. 2012), and Rand v. Rowland, 154 F.3d 952, (9th Cir. 1998) (en banc), and which includes all pertinent exhibits.

b. Defendants' reply, if any, shall be filed and served within seven (7) days after service of plaintiff's opposition.

SO ORDERED.

DATED: April 18, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

quai2294.eot.chg.add.