IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY R. QUAIR, SR.,

    Plaintiff,                     No. 2:11-cv-2294 KJN P

    vs.

CAPTAIN KORY HONEA, et al.,

    Defendants.              ORDER

/

        On May 6, 2013, this court granted plaintiff's third request for an extension of time within which to file and serve an opposition to defendants' pending motion for summary judgment. (ECF No. 47.) The court extended this deadline to June 5, 2013, and informed plaintiff that no further extensions of time would be granted. Plaintiff has now filed a "motion" requesting that the court "order[] Kings County Jail to grant me pro-per privileges" so that plaintiff may obtain greater law library privileges than he has been accorded to date. (ECF No. 48.) This court is without authority to order the Kings County Jail to provide extraordinary library services or access to plaintiff. Nevertheless, defendants and the staff of Kings County Jail will be informed that plaintiff does proceed in this action in pro se, and should be granted timely and adequate access to all available legal resources in order to meet the court's deadline in both a substantive and timely manner.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion" filed May 15, 2013 (Dkt. No. 48), is denied without prejudice.

2. Nevertheless, defendants and the staff of Kings County Jail are hereby informed that plaintiff proceeds in this action pro se, and should therefore be accorded reasonable access to all legal resources available to Kings County Jail detainees, in order to timely and substantively meet this court's June 5, 2013 deadline.

DATED: May 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

quai2294.misc